**In the Matter of:**

**PAT A DYER**

CHAPTER 13 PROCEEDING
CASE NUMBER: 13-21073
HONORABLE: DANIEL S OPPERMAN

    Debtor(s)
_____/

## NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:o

    U.S. Bankruptcy Court
    111 First Street
    P.O. Box 911
    Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    Thomas W. McDonald, Jr.
    Chapter 13 Trustee
    3144 Davenport Avenue
    Saginaw, Michigan 48602
    Telephone: (989) 792-6766

    2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: August 24, 2013

    <u>/s/ Thomas W. McDonald, Jr.</u>
    Thomas W McDonald, Jr.
    Chapter 13 Trustee
    3144 Davenport Avenue
    Saginaw, Michigan 48602
    Telephone: (989) 792-6766
    ecf@mcdonald13.org

    oResponse or answer must comply with F.R.Civ. P (8)(b), (c) and (e)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

**PAT A DYER**

Debtor(s)

CHAPTER 13 PROCEEDING
CASE NUMBER: 13-21073
HONORABLE: DANIEL S OPPERMAN

/

## MOTION TO DISMISS

NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

(1) That the debtor hereinabove filed a petition in Chapter 13 Bankruptcy proceedings on April 17, 2013.

(2) That the debtor's plan was Confirmed July 26, 2013.

(3) That the State of Michigan filed a proof of claim August 8, 2013 in the amount of $13,015.17 and broken down as $11,766.15 plus interest as secured, and priority amount as $680.86 and $567.86 as unsecured.

(4) That there are not sufficient funds to pay secured creditors in full which are Santander Consumer USA, Michigan Department of Treasury and Internal Revenue Service.

(5) That no funds are available for priority debts or unsecured creditors.

(6) That the debtor's acts as described hereinabove as a material default by the debtor with respect to the term of a confirmed plan as required by 11 U.S.C. §1307c)(6).

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtor named hereinabove, and further relief deemed just by this court.

Dated: August 24, 2013

/s/Thomas W. McDonald, Jr.
Thomas W McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

                                     **CHAPTER 13 PROCEEDING**
**PAT A DYER**                              **CASE NUMBER: 13-21073**
                                     **HONORABLE; DANIEL S OPPERMAN**

      Debtor(s)
_____/

**Thomas W. McDonald, Jr.**
**Chapter 13 Trustee**
**3144 Davenport Avenue**
**Saginaw, Michigan 48602**
**Telephone: (989) 792-6766**
ecf@mcdonald13.org
_____/

## ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307(c),

    **IT IS HEREBY ORDERED that this case is DISMISSED.**

    **2. IT IS FURTHER ORDERED that:**

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The Clerk serve a copy of this order upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 Trustee (who shall serve a copy on any party who was subject to an order to fund the Chapter 13 Plan), by regular mail forthwith;

    c. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    d. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

                                                CHAPTER 13 PROCEEDING

**PAT A DYER**                           CASE NUMBER: 13-21073
                                                HONORABLE: DANIEL S OPPERMAN

      Debtor(s)
_____/

## CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS

I, the undersigned, do hereby certify that on August 24, 2013, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

    Jerold Coon        jeroldcoon@hotmail.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

    Pat A Dyer
    3813 Todd Street
    Midland Mi 48642

                                                /s/Shirley Barber
                                                Shirley Barber
                                                Office of Thomas W. McDonald, Jr.
                                                Chapter 13 Trustee
                                                3144 Davenport Avenue
                                                Saginaw, Michigan 48602
                                                Telephone: (989) 792-6766
                                                ecf@mcdonald13.org