# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Pat A Dyer**
Debtor(s)

Case No. **13-21073**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-9561

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Pat A Dyer
Street: 2024 E. Wheeler St.
City, State and Zip: Midland, MI 48642
Telephone #:

Please be advised that effective __10/11__, 20 __13__, my (our) new mailing address and telephone number is:

Name: Pat A Dyer
Street: 5755 Ball Ave.
City, State and Zip: Harrison, MI 48625
Telephone #:

/s/ Pat A Dyer
Pat A Dyer
Debtor